UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
49498
MORTON & CRAIG, LLC
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
(856)866-0100
Attorney for Santander Consumer USA Inc. dba Chrysler Capital
JM-5630

Order Filed on August 27, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
SUZANNE L. MICHEL

Case No.: 19-13371 (ABA)

Adv. No.:

Hearing Date: 8-27-2019

Judge: Hon. Andrew B. Altenburg Jr.

# ORDER VACATING AUTOMATIC STAY AND CO-DEBTOR STAY

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: August 27, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor:   Suzanne L. Michel / 49498
Case No:   19-13371 (ABA)
Order Vacating Automatic Stay and Co-Debtor Stay

Upon consideration of the motion of **Santander Consumer USA Inc. dba Chrysler Capital** for an order for relief from the automatic stay and co-debtor stay, and good cause appearing therefore, it is hereby

**ORDERED** that the automatic stay of the Bankruptcy Code section 362(a) is vacated to permit the movant to pursue the movant's rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**ORDERED** that the co-debtor stay under 11 U.S.C. 1301 is vacated as to the co-debtor, **Anthony Jackson** to permit **Santander Consumer USA Inc. dba Chrysler Capital** to pursue its rights in the personal property described below and as to the co-debtor.

The movant shall serve this order on the debtor, co-debtor, any trustee and any other party who entered an appearance on the motion.

<u>Description of Subject Personal Property</u>
2013 Ford F350
Vehicle Identification Number
1FT8W3BT8DEA37638