UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

_____
Caption in compliance with D.N.J. LBR 9004-2(c)

Mester & Schwartz, P.C.
Jason Brett Schwartz, Esquire
Bar No. 4217
1333 Race Street
Philadelphia, PA 19107
(267) 909-9036

**In Re:**

**SUZANNE L. MICHEL,**

                **Debtor**

Order Filed on October 1, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 19-13371-ABA

Judge: Andrew B. Altenburg Jr

## ORDER VACATING STAY

    The Relief set forth on the following pages, numbered two (2) through <u>two (2)</u> is hereby

**ORDERED**.

**DATED: October 1, 2019**

_____
Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Debtor:             Suzanne L. Michel
Case No.:           19-13371-ABA
Caption of Order:   Order Vacating Stay as To Personal Property

Upon consideration of Capital One Auto Finance, a division of Capital One, N.A.'s Motion for an Order Vacating the Automatic Stay as to certain personal property hereinafter set forth, and good cause appearing; therefore, it is hereby

**ORDERED** that the automatic stay of the Bankruptcy Code 362(a) is vacated to permit the Movant to pursue its rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**It is further ORDERED** that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

☒ Personal property more fully described as:

**2017 DODGE TRUCK Journey Utility 4D SE 2WD I4**
**V.I.N. 3C4PDCABXHT633916**