Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  19−13371−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Suzanne L. Michel
    106 Roslyn Avenue
    North Cape May, NJ 08204
Social Security No.:
    xxx−xx−4900
Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/15/21.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: July 15, 2021
JAN: har

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 19-13371-ABA

Suzanne L. Michel                                                              Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                          User: admin                                    Page 1 of 3

Date Rcvd: Jul 15, 2021                  Form ID: 148                              Total Noticed: 41

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Suzanne L. Michel, 106 Roslyn Avenue, North Cape May, NJ 08204-2176 |
| cr | + | Restora, LLC, c/o Stern & Eisenberg, PC, 1040 N. Kings Highway, Suite 407, Cherry Hill, NJ 08034-1925 |
| cr | + | Restora, LLC, c/o Restora, LLC, 1040 N. Kings Highway, Suite 407, Cherry Hill, NJ 08034-1925 |
| cr | + | Selene Finance LP as servicer for Restora, LLC, Friedman Vartolo, LLP, 85 Broad Street, Suite 501, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| 518035572 | + | Anthony Jackson, 106 Roslyn Avenue, North Cape May, NJ 08204-2176 |
| 518070891 | + | BAYVIEW LOAN SERVICING, LLC, KML Law Group, P.C., 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 518184941 | + | Cape Regional Medical Center, Apex Asset Management,LLC, PO Box 5407, Lancaster, PA 17606-5407 |
| 518035577 | + | Chrysler Capital, PO Box 961245, Fort Worth, TX 76161-0244 |
| 518035582 | + | Mariner Finance, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 518035583 | | Monterey Collections, 4095 Avendia De La Plata, Oceanside, CA 92056-5802 |
| 518629054 | + | Restora, LLC, Stern & Eisenberg, PC, 1040 N. Kings Highway, Suite 407, Cherry Hill, NJ 08034-1925 |
| 519222888 | + | Restora, LLC, Land Home Financial Services, 3611 S Harbor Blvd Ste 100, Santa Ana, CA 92704-7915 |
| 519222889 | + | Restora, LLC, Land Home Financial Services, 3611 S Harbor Blvd Ste 100, Santa Ana, CA 92704, Restora, LLC Land Home Financial Services 92704-7915 |
| 518477866 | + | Restora, LLC, Selene Finance LP, 9990 Richmond Ave, Suite 400 South, Houston, TX 77042-4546 |
| 518344829 | + | Restora, LLC, Weinstein & Riley, P.S., 2001 Western Ave., Suite 400, Seattle, WA 98121-3132 |
| 518234694 | + | Restora, LLC, RAS Crane, LLC, 10700 Abbott'Bridge s Road, Suite 170, Duluth, GA 30097-8461 |
| 518375936 | + | Santander Consumer USA Inc.,, d/b/a Chrysler Capital, Law Offices of John R. Morton, Jr., 110 Marter Ave., Suite 301, Moorestown, NJ 08057-3124 |
| 518035584 | + | Stern & Eisenberg PC, 1040 N Kings Highway, Suite 407, Cherry Hill, NJ 08034-1925 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 15 2021 20:28:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 15 2021 20:28:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: CHRM.COM | Jul 16 2021 00:28:00 | Santander Consumer USA Inc. dba Chrysler Capital, PO Box 961278, Ft. Worth, TX 76161-0278 |
| 518267180 | | EDI: ATLASACQU | Jul 16 2021 00:28:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| 518035573 | + | Email/Text: rperez@arcadiarecovery.com | Jul 15 2021 20:28:00 | Arcadia Recovery Bureau, 645 Penn Street, Dept 310, Reading, PA 19601-3559 |
| 518035574 | + | EDI: LCIBAYLN | Jul 16 2021 00:28:00 | Bayview Loan Servicing, 4425 Ponce de Leon Blvd, 5th Floor, Miami, FL 33146-1873 |
| 518035575 | | EDI: CAPITALONE.COM | Jul 16 2021 00:28:00 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 518035576 | + | EDI: CAPONEAUTO.COM | Jul 16 2021 00:28:00 | Capital One Auto Finance, PO Box 259407, Plano, TX 75025-9407 |

District/off: 0312-1 | User: admin | Page 2 of 3
Date Rcvd: Jul 15, 2021 | Form ID: 148 | Total Noticed: 41

| 518048000 | + EDI: AISACG.COM | | |
| | | Jul 16 2021 00:28:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518053029 | + EDI: AISACG.COM | | |
| | | Jul 16 2021 00:28:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 518167019 | + EDI: AIS.COM | | |
| | | Jul 16 2021 00:28:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518066733 | + EDI: CHRM.COM | | |
| | | Jul 16 2021 00:28:00 | Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 518035578 | EDI: WFNNB.COM | | |
| | | Jul 16 2021 00:28:00 | Comenity Bank/Roamans, PO Box 182789, Columbus, OH 43218-2789 |
| 518035579 | Email/PDF: creditonebknotifications@resurgent.com | | |
| | | Jul 15 2021 20:43:20 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 518035580 | EDI: AMINFOFP.COM | | |
| | | Jul 16 2021 00:28:00 | First Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 518035581 | + EDI: BLUESTEM | | |
| | | Jul 16 2021 00:28:00 | Gettington, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 518200393 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jul 15 2021 20:43:06 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518798461 | Email/Text: peritus@ebn.phinsolutions.com | | |
| | | Jul 15 2021 20:29:00 | PERITUS PORTFOLIO SERVICES II, LLC, LLC/Wollemi Ac, PO BOX 141419, Irving, Tx 75014-1419 |
| 518798462 | Email/Text: peritus@ebn.phinsolutions.com | | |
| | | Jul 15 2021 20:29:00 | PERITUS PORTFOLIO SERVICES II, LLC, LLC/Wollemi Ac, PO BOX 141419, Irving, Tx 75014-1419, PERITUS PORTFOLIO SERVICES II, LLC, LLC/, PO BOX 141419, Irving, Tx 75014-1419 |
| 518130369 | + EDI: JEFFERSONCAP.COM | | |
| | | Jul 16 2021 00:28:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518196194 | EDI: Q3G.COM | | |
| | | Jul 16 2021 00:28:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518627970 | Email/Text: bkteam@selenefinance.com | | |
| | | Jul 15 2021 20:28:00 | Restora, LLC, c/o Selene Finance LP, 9990 Richmond Avenue, Suite 400 South, Houston, TX 77042-4546 |
| 518375935 | + EDI: CHRM.COM | | |
| | | Jul 16 2021 00:28:00 | Santander Consumer USA Inc., dba Chrysler Capital, PO Box 961278, Ft. Worth, TX 76161-0278 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Restora, LLC, RAS Crane, LLC, 10700 Abbott'Bridge s Road, Suite 170, Duluth, GA 30097-8461 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0312-1        User: admin        Page 3 of 3

Date Rcvd: Jul 15, 2021        Form ID: 148        Total Noticed: 41

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2021        Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2021 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Chad M. Sherwood | on behalf of Debtor Suzanne L. Michel chad@sherwoodlegal.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jason Brett Schwartz | on behalf of Creditor Capital One Auto Finance jschwartz@mesterschwartz.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Jonathan C. Schwalb | on behalf of Creditor Selene Finance LP as servicer for Restora  LLC bankruptcy@friedmanvartolo.com |
| Laura M. Egerman | on behalf of Creditor Restora  LLC bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com |
| Rebecca Ann Solarz | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC, A DELAWARE LIMITED LIABILITY COMPANY rsolarz@kmllawgroup.com |
| Steven P. Kelly | on behalf of Creditor Restora  LLC skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10